# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ADAM SMITH (#70741)                              CIVIL ACTION

VERSUS

D. VANNOY, ET AL.                                NO.: 19-443-BAJ-EWD

## RULING

This matter comes before the Court in connection with the Court's Orders of July 12, 2019 and August 16, 2019. (Docs. 4 & 6). On July 12, 2019, the Court issued an Order granting Plaintiff authorization to proceed *in forma pauperis* in this case, directing him to pay, within twenty-one (21) days, an initial partial filing fee in the amount of $3.33, and advising that, should he fail to comply with the Court's Order, his action may be dismissed. (Doc. 4). Plaintiff failed to pay the initial partial filing fee as ordered, and on August 16, 2019, Plaintiff was ordered to show cause within twenty-one (21) days, why his Complaint should not be dismissed for failure to pay the initial partial filing fee. (Doc. 6). Plaintiff was further ordered to attach to his response copies of his inmate account transaction statements showing the daily account activity in his inmate drawing, savings, and reserve accounts for the months of June through July 2019, and was advised that failure to submit the requested information or a determination by the Court that Plaintiff had sufficient funds to

make the required payment but failed to do so may result in dismissal of Plaintiff's action without further notice.[1] (Doc. 6).

A review of the record reveals that Plaintiff had sufficient funds to comply with the Court's Order yet failed to do so. Specifically, Plaintiff's response indicates that on June 30, 2019, Plaintiff had $174.36 in his savings account, and between July 28, 2019 and August 24, 2019, Plaintiff had $165.06 in his savings account. (Docs. 8-1 & 9-1). Plaintiff had more than adequate funds to pay the initial partial filing fee of $3.33.

Pursuant to 28 U.S.C. § 1915(b)(1), the Court is required to collect an initial partial filing fee calculated pursuant to the formula specified therein. However, it is further specified that in no event shall a prisoner be prohibited from bringing a civil action because the prisoner has no means by which to pay the initial partial filing fee. *See* 28 U.S.C. § 1915(b)(4). Accordingly, when Plaintiff failed to pay the initial partial filing fee as ordered, the Court ordered him to show cause why his Complaint should not be dismissed and to provide copies of his inmate account transaction statements so that the Court could determine if Plaintiff did or did not have the means to pay the fee. The documentation submitted demonstrates that Plaintiff had the means to pay the fee yet failed to do so. Accordingly,

---

[1] Because the Order was issued in July, Plaintiff was directed to include July statements through the date he submitted his response.

**IT IS ORDERED** that the above-captioned proceeding be **DISMISSED, WITHOUT PREJUDICE**, for failure of Plaintiff to pay the Court's initial partial filing fee. Judgment shall be entered accordingly.

Baton Rouge, Louisiana, this 23rd day of September, 2019.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA